### GRANVILLE WILCOXON v. THE STATE.

No. 9796.    Delivered January 13, 1926.

**Wilful Disfiguring of Another—No Statement of Facts—No Bill of Exceptions.**

No statement of facts, and no bills of exception appearing in this record, the cause must be affirmed.

Appeal from the District Court of Collin County. Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction for the wilful and malicious disfiguring of another, penalty a fine of $200.00.

*Hughston & Neilson* of McKinney, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is under Article 1167 P. C. (1925 Revision) which denounces as a crime the wilful and malicious disfiguring of another. Punishment is a fine of two hundred dollars.

The record contains neither a statement of facts nor bills ot exception. In this condition nothing is presented to this court for review.

The judgment is affirmed.

*Affirmed.*